E-FILED
Wednesday, 24 August, 2011 03:13:01 PM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 24 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dennis James
Plaintiff

vs.

Head warden Gerardo Acevedo
major Perez,
Adjustment committee chairman;
Scott Bailey,
CO chairperson;
[redacted]
Lieutenant christopher mclaughlin

Defendant(s)

Case No. ______________
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants).

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ______________________________

☐ Unknown ______________________________

**Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Dennis Jakes

Prison Identification Number: K62757

Current address: 600 Linwood road p.o Box 1700
Galesburg Illinois 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: christopher mclaughlin

Current Job Title: Lieutenant

Current Work Address p.o Box 1700
Galesburg Illinois 61401

Defendant #2:

Full Name: major perez

Current Job Title: major

Current Work Address p.o Box 1700
Galesburg Illinois 61401

Defendant #3:

Full Name: Scott a Bailey

Current Job Title: Lieutenant and chair person of adjustment commit

Current Work Address P.O Box 1700

Galesburg Illinois 61401

Defendant #4:

Full Name: [redacted]

Current Job Title: officer and co. chair person of adjustment committe

Current Work Address P.O Box 1700

Galesburg Illinois 61401

Defendant #5:

Full Name: Gerardo Acevedo

Current Job Title: warden

Current Work Address P.O Box 1700

Galesburg Illinois 61401.

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal* *in forma pauperis* *in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe ______

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☒

C. If your answer to B is yes, how many? ______ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
______________________________________________

2. Basic claim made ______________________________

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not ______________________________
______________________________________________

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Hill correctional center

Date(s) of the occurrence 2-19-2011

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

ON 2,19,2011 Defendant mclaughlin along with several other [redacted], defendants pretending to be law abiding correctional officials here at the Hill correctional center, retaliated against me in a cruel and unusual manner deliberately to violate my First, Eighth and fourteenth amendment under the due process clause, to be free from any cruel and unusual punishment or treatment, an that on 2,19,2011 Defendant mclaughlin recklessly an unintentionally subjected me to retaliatory, reprisal and punitive segregational treatment and placement for exercising my right to use the grievance process. Plaintiff had written a total seven grievances on Defendant mclaughlin (three of which is attached exhibits as B, C) Because Defendant mclaughlin consistently use calculated harrassment, aggravated cruel verbal abuse, and targeted racial profiling toward me. Defendant mclaughlin even blatantly lied on plaintiff in three separate fraudulent disciplinary reports: Defendant mclaughlin having discovered through the counsel or grievance officer that plaintiff had written numerous grievances on Defendant, one of which was evidently forward directly to defendant mclaughlin, enraged defendant mclaughlin and prompted him to take scandalisted retaliatory attemps to cover-up his retaliation to further subject me to cruel and unusual punishment and treatment for exercising my due process right to grieve the wrong inflicted, Defendant mclaughlin desperately sort to undermine my civil, human, and constitutional [redacted] rights to be free from any retaliational treatment for utilizing the grievance process without fear of punishment he abuse his sworn oath and authority with malice intent to punish me and that he falsified plaintiff a two page disciplinary report for comments plaintiff made within his grievance report against Defendant mclaughlin, an that Defendant mclaughlin maliciously circumvent the intented use of his authority and power to write legitimate disciplinary reports; wantonly [redacted] falsified a retaliation report while sitting inside of the shift commander office as [redacted] the very report itself exposes his location (see disciplinary report mark as exh "D" attached) as being in the presence of major perez who was acting duty warden and superior to Defendant mclaughlin, and also the only defendant with authority to authorize plaintiff being placed in punitive segregation; gave Defendant mclaughlin authorization approval to violate clearly establish law and punish plaintiff with malicious cruel treatment; as Defendant Perez knew and or should have known Illinois compiled statute law prohibits any [redacted] official from punishing a inmate for use of grievance process (see 730CS 5/3-8-8) gave his sinister approval as they sit in Defendant perez office on 2,19,2011 without any integrity to departmental rules and rights to the plaintiff under the first, Eighth and fourteenth [redacted] amendment of the united states constitution, Plaintiff then went on a hungry strike to protest and

And Document this heinous scheme, to deliberately retaliate and violate my clearly establish rights; But to no avail the injustice was carried out and Plaintiff was handcuffed and escorted to punitive segregation as Defendant Mclaughlin Deliberately Broke Plaintiff Property Destroying his radio (walkman) and ripping up clothes and majority of Plaintiff food items were missing and the few were left Had Been ripped open then urinating on them as retribution and Punishment follow by Adjustment Committee defendants Scott Bailey who sit as chairman with Defendant [redacted] as co-chairman violated my Constitutional rights under the Eighth and fourteenth amendments in cruel and unusual manner to further violate my first amendant right to grieve, a official wickedly assisted the wrong done by their co worker in that both hearing officers found me guilty with malice intent as shown by the Adjustment committee summary marked as Exh-E & F Attached, Plaintiff was threw in Punitive segregation where I had to sleep on a steel slab with a decrepit foul filthy mattress damageing my Back Spinal cord Bone for seven days without any Justification as the two Hearing officers Defendants Knew or should Have Known Punishing Plaintiff for use of the Grievance system was unconstitutionally wrong, they maliciously found me Guilty and even laughed at me as I clearly Exposed Illinois compiled statue 730CS 5/3-8-8 rule prohibiting punishment to a inmate for use of the grievance system, Plaintiff was made to suffer deep sit Emotional trauma, mental anguish, Humiliation, and modification at the hands of these official causing plaintiff to contemplate Suicidal thoughts from this despicable treatment, that was follow-up with defendant Head warden Acevedo Approval of the discipline imposed upon me as he signed off on the Summary marked as Exh E & F, Plaintiff Then file a Grievance about the violation of my constitutional rights and the Grievance officer Gary pampel response to plaintiff was recommended that the Grievance Be affirmed and approved in plaintiff favor, (see Grievance response mark as Exh G attached) and he also recommended Disciplinary Ticket be expunged with this being so, Defendant Acevedo concurred with the Grievance officer finding But Defendant Acevedo can't escape his liability part in the wrong by recanting his approval of the cruel malicious Retaliation by giving his approval on the Summary first, then approved the Grievance Because the damage was allready Done; If I were a Death row prisoner schedule for excution for the offense that Defendant Acevedo approved and put his signation on Plaintiff would have been executed unjustly and illegally, even though Defendant Acevedo approve the retaliational wrong because he knew or should have known Plaintiff should not have been place'd in punitive segregation as I had wrote him letters explaining the situation yet he took no action to correct the wrong, in fact Defendant would have allowed the execution take place because Defendant Acevedo had the audacity to not grant me a (pardon) or should I say my relief request that I request against Defendant mclaughlin showing his further tactical approval of the wrong.

Each of the defendants was acting recklessly intentional to deprive me of my constitutional rights to be free from any cruel and unusual punishment and treatment, and deliberately sort to uphold the wrong done to me while flagrantly failing to correct the retaliatory treatment,

RELIEF REQUESTED

(State what relief you want from the court.)

I request $30,000 thirty thousand dollars compensatory Damages from each individual involved in there individual an official capacity as defined By law, an $50,000 thousand dollars from each individual in punitive Damages for intentionally denying me my civil, Human, an constitutional rights and privileges under the First, Eighth, and fourteenth amendment of the united states constitution with Deliberate malice indifference as a result of Being illegally locked in segregation on 2-19-2011 a retaliational attack By each defendant, I requested that Lt mclaughlin be fired, I request to be compensated for pain and suffering I request a transfer to centralia, East moline, or Jacksonville, I asked to Be compensated for All Disciplinary action taken against me Because of Defendant mclaughlin

JURY DEMAND Yes ☐ No ☐

Signed this Dennis Jakes day of 9, 1 (Sep 1), 20 11.

Dennis Jakes

(Signature of Plaintiff)

| Name of Plaintiff: Dennis Jakes | Inmate Identification Number: K62757 |
|---|---|
| Address: P.O Box 1700 Galesburg illinois 61401 | Telephone Number: 309-343-4212 |

Copies (Exh. A-1) Pg. 1

Date: 1-20-2011 | Offender (Please Print): Dennis Jakes | ID#: K62757

Present Facility: Hill CC | Facility where grievance issue occurred: Hill CC

NATURE OF GRIEVANCE: 1149

- [ ] Personal Property
- [x] Staff Conduct McLaughlin
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):
- [ ] Disciplinary Report: 1/11/11 (Date of Report) Hill by Mr. McLaughlin (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED JAN 2011 GRIEVANCE OFFICE

Brief Summary of Grievance: On 1-12-2011 it was brought to my attention that employee McLaughlin 9831 had written two tickets on me while reading the tickets i couldn't help but notice that employee 9831 didn't just exaggerate or stretch the truth this employee flat out lied on me claim that i used profanity in a conversation that i had with him and he is lieing to make the charges that he wrote against me substantiated (insolence) (Giving false information) this employee 9831 story, is or should i say was fabricated, factitious, and basically a flat out fairy-tale

Relief Requested: i would like to pay for a poly graph test i would like to take one and i would like for employee McLaughlin to take one if i pass and he fails i want this employee

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes (Offender's Signature) | K62757 (ID#) | 1-20-2011 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: / / | [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response / /

**EMERGENCY REVIEW**

Date Received: / / | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED APR 15 2011 OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature | Date / /



Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

All Because his feelings got hurt Because he could not make sense out of something that does not make sense! this employee was under the impression that Because I'm African, that I'm ignorant, he was also under the impression that he is smarter then me and he is allways suppose to be able to out-talk and out-smart me and when he found out that that was just a stereo-type and that he could ~~do~~ not do neither he allowed his hurt feelings to cloud his judgement and he wrote two tickets on me about the same incident lieing, this hold incident derived Because Sgt locke approach me and told me not to wear my Blue pajama shirt underneath my Blue state shirt anymore I Did see that as Being a problem so at that point I didn't say anything plus guys all around me were eating so I didn't want to be talking over anyone food, so upon exiting the Dietary I Decided to inquire about what the problem was about wearing the Blue pajama shirt so I approach employee mc laughlin and asked him a intellection question only in search of a logical explanation or answer, so I said to employee 9831 How is it that you can wear a "t-shirt" a sweat shirt" a thermal shirt underneath your state Blue shirt" But you can't wear a pajama shirt underneath your state ~~Bl~~ Blue shirt I said the fact of the matter is that they are all "shirts" (Garments worn on the upper part of the body) so what difference does it make what kind of shirt that I have on underneath the one that I'm required to have on which is my state Blue shirt, as I stood there anticipating a logical explanation this employee 9831 face Beginning to turn pinkish red and everything that came out his mouth was uncomprehendable complete gibberish my first thought was that this employee is intoxicated) [redacted] and I say that Because what other kind of people you know who gets angry and extra emotional about absolutely nothing Besides someone who is intoxicated But anyway that was only a thought I really don't know if this employee was intoxicated or not But I do know that his Behavior was Bizarre unprovoke and unnecessary, in attempt to Defuse the situation I just walked away Employee 9831 ~~wa~~ started walking Behind me screaming I'm not done talking to you (etc etc) so I politely told this employee I'm not about to argue with you and again I turned and

| | | |
|---|---|---|
| Date: 1-20-2011 | Offender (Please Print): Dennis Jakes | ID#: K62757 |
| Present Facility: Hill CC | Facility where grievance issue occurred: Hill CC | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): ______
- [ ] Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

continue from page one

Brief Summary of Grievance: out of the Dietary on the disciplinary report Employee 9831 says that i immdeiately walked away saying this is Bullshit that's why i don't want to fuck with you Because you allways want to argue about shit this is a statement that i never made and also a statement that doesn't make since and also a statement that reflects his true thinking and his true thinking is of someone who is preludice and Believe's in stereo-types and i say this Because in his attempt to deceive Everybody into believeing i made this statement he tried to word it with a mixture of profanity

Relief Requested: (continue relief request from page one) fired And there is no need for me to say it i fail Because this employee indeed lie'd and i want him fired ~~[illegible]~~ he lie'd fire'd Him

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes — Offender's Signature | K62757 — ID# | 1/20/2010 — Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)

Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

---

EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED APR 15 2011 OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature ______ Date ___/___/___

and slang exactly how he thought a African in America would say it, Employee again attempted to deceive the Adjustment committee by lieing say that I didn't have any other long sleeve garments to where and I never told it that while explaining the question to him in the beginning I stated that "what if" (Hypothetically) I didn't have any other shirts to where under my state blue shirt and I was emprovising trying to keep warm by wearing my pajama shirt underneath my state blue shirt, this employee completely twist my words and tried saying I told him I did not have any long sleeve shirts but he only did that to substantiate a false information charges, later that night three and a half hours later employee came to housing unit one and confiscated my pajama shirt if you read the ticket from the Dietary Employee stated that he told me that if I wore the shirt to dietary "again" that it would be confiscated, if this employee wasn't not angry and trying to avenge his feelings being hurt then why did he comes to the housing unit three and a half hours later to confiscated it on the ticket quote him (this B/I Lt advised I/m Jakes that if the pajama shirt was worn out side housing unit "again" it would be confiscicate, I was in my cell I wasn't out-side of the housing unit, he abuse his authority because his feeling were hurt and he confiscate my shirt, employee also stated on the ticket that I immedially walked away when he said the shirt could be confiscated and I'm quoting him if I immedially walked away that shows that I didn't want any trouble and I wasn't upset employee lie'd on me because he could and he knows that the adjustment committee will take his word over mine if you read the ticket you will see the contradictions and lie's and if he lied on me he will soon lie on somebody else so please fire this employee befor he tells a worster lie on somebody else.

Respectfully Submitted

1 of 2 — This is ... first one was stolen — Please do not ... and destroy ... steal this grievance

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: Feb-20-2011 | Offender: (Please Print) Dennis Jakes 11-1457 22 | ID#: K62757 |
| Present Facility: Hill C.C | Facility where grievance issue occurred: Hill C.C | |

This Grievance was Not Excepted By Grievance Office See date ←

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): ____
- ☒ Disciplinary Report: 2 / 19 / 2011 (Date of Report) — Hill C.C (Facility where issued)

RECEIVED MAR 2011 GRIEVANCE OFFICE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Feb-19-2011 at 3:30 pm several employees came to my cell and placed me in cuffs and took me to seg for a unknown reason the next day I receive a two page ticket from Employee mclaughlin for intimidation and threats and insolence, these charges were fabricated only to have me put in seg and transferred. Employee mclaughlin says he receive a Grievance from me through institution mail I never addressed a Grievance to him or mailed one to him through institutional mail once again employee mclaughlin is cleverly trying to undermine the policies and procedures rules and regulation of the Department Because

**Relief Requested:** I want employee mclaughlin fired for lieing and putting this scheme together to get revenge and retaliate against me, I want to be compensated for every hour I was in seg and for the pain — continue relief request on next page

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes — Offender's Signature | K62757 — ID# | 2 / 20 / 2011 — Date

(Continue on reverse side if necessary)

Exhibit K-3

## Counselor's Response (if applicable)

Date Received: ___ / ___ / ___

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____

Print Counselor's Name | Counselor's Signature | Date of Response ___ / ___ /

## EMERGENCY REVIEW

Date Received: 3 / 1 / 11

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance

☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

See warden responce and signature But was not except and or responded too

[signature] — Chief Administrative Officer's Signature | 3 / 1 / 11 — Date



Printed on Recycled Paper

this Employee 9831 should have never receive this Grievance through institution mail Because according to administrative code 504.810 Grievance are sent to counselors, Grievance officer, chief administrative officer and administrative review Board But Grievance are never mailed from inmate exactly to person or Employee who Grievance was written about Because that violates procedure what happen was Employee mclaughlin threw trickery intercepted this Grievance that i wrote on him and used it to retaliate and get revenge for me continuing to document his unprofessional Behavior toward me according to section 504.810 all inmate are Entitled to file grievances regardless of status or classification. it also states that offender shall first attempt to resolve incident and i Did this Because on the day Grievance incident happen upon Exiting the dietary i stop and asked Lt Bennet (mrs Bennet could she arrange for me to speak to the shift commander (and i would like for miss Bennet to Be called as a witness to verify that this information is accurate) it also states in sections 504.810 of Administrative code Grievances shall contain "factual" "details" regarding Each aspect of offender "complaint" including what "Happen" it also states that ("Descriptive") as much Descriptive information about the individual as possible, and on the Grievance that i wrote i without a doubt or contradiction stayied within those Guide-lines that were provided By the Department to me, Employee mclaughlin is doing Nothing But abuseing his authority and preying on the fact that the Department of corrections favors Him more than they ever will me Because he's a Employee and i'm convict, inmate, offender, if that's Not the case then why am i in seg simply because he construed or is assuming that i threated him on a Grievance when in all truth i really didn't, employing mclaughlin is intentionally pretending to have misconstrued the statement that i made in my grievance so that he could Execute his scheme to have me placed in seg and transferred the statement that i made in the Grievance that he say was construe as a threat was no threat at all i was only illustrating so that the points that i were making were Easily understood (this Employee has lie'd on me in a Disciplinary report and Being that evil and sin are related a person that will lie will steal and do anything Else that is Evil and wrong and let the record reflect i have no fear what so ever i Just want

continued


Distribution: Master File; Offender
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE

**Date:** Feb-20-2011 **Offender:** (Please Print) Dennis Jakes **ID#:** K62757

**Present Facility:** Hill C.C **Facility where grievance issue occurred:** Hill C.C

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): ____________

☒ Disciplinary Report: 2 / 19 / 2011 (Date of Report) ____________ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** continued to document Employee mclaughlin Behavior toward me, i'm simply saying that i don't know a person who will steal and won't lie, Because if a person would stump low enough to steal what make's you think he won't lie about it, if you asked? Did you steal that money? No i didn't steal it and he's lying through his teeth Because the stolen money is right there in his pocket and he is lying Because wrongs are not related and don't relay on rightousness wrong are only related to and relay on other wrongs in the grievance i then wrote right (continued relief request) and suffering i endure, i want a transferred to Jacksonville or centralia

**Relief Requested:** and suffering i endure, i want a transferred to Jacksonville or centralia

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes (Offender's Signature) K62757 (ID#) 2 / 20 / 2011 (Date)

**(Continue on reverse side if necessary)**

## Counselor's Response (if applicable)

**Date Received:** ___ / ___ / ___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ____________

Print Counselor's Name ____________ Counselor's Signature ____________ Date of Response ___ / ___ / ___

## EMERGENCY REVIEW

**Date Received:** ___ / ___ / ___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ____________ Date ___ / ___ / ___

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

After that let the "record" reflect i have no fear what-so-ever i just want to document employee mclaughlin behavior toward me, what i'm simply saying is this guy has wronged me once so just in case he decides to wrong me again i can have it documented so that springfield and this administration will see that employee mclaughlin is showing the same pattern of behavior toward me, But let the record reflect i have no fear of employee mclaughlin, what i mean by that is i'm not worried about if this employee is going to lie on me or plant something on me, what i'm saying is let the record reflect i'm not claiming this employee as a enemy so don't come and put me in seg like you are rescuing me because i'm not in any danger, what i'm saying is i want it in writing that employee mclaughlin personally dislikes me, he already has a preconceived idea or opinion about me (prejudice) he has outburst of annoyance (temper tantrum) every time i've tried to talk to him, he hasn't at no time showed that he's humble or absence of pride (Humility) and he has not been tolerant or sympathetic to these conditions and circumstances that i live under (understanding) that's all i was saying in the grievance there is not a threat of no kind in that grievance it's only truth in that grievance, i gave "factual details" i gave "Each aspect of my complaints" i gave what happen and as much descriptive information as possible and according to section 504.810 i am allow to write everything i wrote in that grievance, employee mclaughlin is a former intel officer and he's very clever and knows what to say to get the administration to act so that he can have his way and get what he wants and all he wants is me in seg and transferred and that's the only reason he wrote that his safety has became a issue around me, i wrote a grievance in the middle of "January" saying that employee mclaughlin came and stood directly in my line of vision and stared at me the hold time i sat and ate, and i would like you to call Lyle Hawkinson and ask him about the grievance, Because he is the one who has it, employee 9831 is only trying to substantiate his charges against me saying that i make conscious efforts to walk near him and look at him he's lieing again and that's the perfect reason why i wanted to document all this employee Behavior Because i know that you can't do one wrong without sooner or later doing another Because all wrongs are related

(Exh B)

Date: 1, 20, 2011 | Offender: (Please Print) Dennis Jakes | ID#: K62757 14
Present Facility: Hill CC | Facility where grievance issue occurred: Hill CC

+1149

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):
- [ ] Disciplinary Report: ___/___/___ Date of Report — Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED JAN 2011 GRIEVANCE OFFICE

Brief Summary of Grievance: ON 1-11-2011 Employee mclaughlin (9831) falsified information in a Disciplinary report this employee (9831) said at the End of Both of his Disciplinary reports on me, that he positively i.D me By my state i.D card. God is my witness on my mother and Daughters life this employee 9831 never ask me for my state i.D card he took my state i.D card and he never looked at my state i.D card, Employee mclaughlin was allready familiar with my face and last name, But that still Does not give him the right to lie and to say that Because Employee 9831 went

Relief Requested: i would like for this employee to take a poly Graph test to prove that he is lieing and once it proves that Employee falsified information in a Disciplinary report i want

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes — Offender's Signature | K62757 — ID# | 1, 20, 2011 — Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)

Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___

---

EMERGENCY REVIEW

Date Received: RECEIVED APR 15 2011 OFFICE OF INMATE ISSUES

Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date ___/___/___

Distribution: Master File; Offender | DOC 0046 (Rev. 3/2005)

into Housing unit one interview room and wrote my name and I.D number off of the Board which has all the inmate's name's and I.D number's on it and then later in the Disciplinary report he wrote that he positively I.D me by my state I.D card and that is not true.

continued relief request

this Employee fired and I would like to be compensated, Because this Employee's lie cause me to miss phone calls to family, commissary, a Job and a transfer.

3 copies #1199 (Exh. C)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 1-20-2011 | Offender: (Please Print) Dennis Jakes | ID#: K62757 |
| Present Facility: Hill | Facility where grievance issue occurred: Hill CC | |

#1149

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): ______
- [ ] Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

RECEIVED JAN 2011 GRIEVANCE OFFICE

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: 1-11-11 I receive a Disciplinary report from Employee mc Laughlin 9831 for Giving false information and Insolence at the Beginning of the Disciplinary report he state and I'm quoting Him (on the above date and approximate time this B/1/Lt had c/o sheppard check with I/m Jakes K62757 (B1,B,31) to confirm that he did not have any long sleeve Garments in his cell, I Dennis Jakes K62757 has never live on 1,B,31 and ticket should Be expunged

Relief Requested: I want this ticket expunged and this Employee fired for again falsifying information in a Disciplinary report and I would like to be compensated for missed phone calls and c

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

~~Dennis~~ Dennis Jakes — Offender's Signature — K62757 — ID# — 1,20,2011 — Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)

Date Received: ___/___/___ [X] Send directly to Grievance Officer [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name — Counselor's Signature — Date of Response ___/___/___

EMERGENCY REVIEW

Date Received: RECEIVED APR 15 2011 OFFICE OF INMATE ISSUES — Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature — Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

continued relief request

commissary, because of c-grade
and i would like that compensation
to be a transfer to Jacksonville
or [redacted]



Printed on Recycled Paper

DISCIPLINARY REPORT



X ☐ Disciplinary Report 02-19-2011 Date ☐ Investigative Report ________ Date

Committed Person: JAKES, DENNIS No. K62757 Facility: Hill Correctional Center

Observation Date: 02-19-2011 Time: @ app 3:00 am pm Location: Shift Office

Lt. C. McLaughlin 9831
PRINT Employee's Name

Lt McL 9831 02-19-11 / 7:00 pm
Employee's Signature/Date/Time

Offense: 504 A 206-Intimidation or Threats & 304-Insolence

Observation: On the above date & approximate time this R/Lt received an Inmate Grievance through Institutional Mail from inmate JAKES, DENNIS K62757, dated 2-14-11. JAKES K62757 writes of an incident in the Dietary when JAKES K62757 admits to sitting at the table in an improper manner (backwards). This R/Lt advised JAKES K62757 from across the Dietary to turn around towards the front of the table by motioning with my right arm to turn around, in which JAKES K62757 complied without incident. Within the grievance JAKES K62757 writes, "Now had I thought this employee had any kind of Humility or understanding I would have explaint the situation…" JAKES K62757 continues with, "any other employee who has humility and understanding would have understood…" JAKES K62757 continues writing, "Employee Mclaughlin should not be allowed to throw Temper Tantrums because of his personal dislikes, petty differences and his preducice and

Witnesses, if any: ________

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement ☐ Investigative Status Reasons: Threat to Security

Way Perez
PRINT Name

[signature] 2/19/11
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer Comment: Proper Placement

S. Nict
PRINT Name

[signature] 2/20/11
Signature/Date

☒ MAJOR, submitted to Adjustment Committee ☐ MINOR, submitted to Program Unit

Way Perez
PRINT Name

[signature] 2/19/11
Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator (Adult Division Major Reports Only) C Millard
PRINT Name

C Millard 2-24-11
Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Received FEB 2011 Adjustment Committee

________
Committed Person's Signature and Number

Committed Person Refused to Sign ☒

Rull 6256
PRINT Serving Employee's Name

All 6256
Serving Employee's Signature

2/20/11 6 20 am (pm)
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ________ ________
Committed Person's Signature and Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ________ Date

NAME OF WITNESS: ________ Number/Cell/Title: ________

Witness can testify to: ________

NAME OF WITNESS: ________ Number/Cell/Title: ________

Witness can testify to: ________

________
Committed Person's Name and Number



Exhibit-D

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

Page 2 of 2

Exhibit-D

☒ Disciplinary Report ☐ Disciplinary Summary

Committed Person: **JAKES, DENNIS** No. **K62757**

Offense Date: **2-19-11** Time: **3:00 pm** am/pm Location: **Shift Office** Facility: **Hill Correctional Center**

he must certainly shouldn't be allowed to make up his own rules…" JAKES K62757 continues with, "This employee has lied on me in a disciplinary report and being that evil and sin are related a person the will lie will steal and on everything else that is evil and wrong, and let the record reflect I have no fear what so ever I just want to document employee Mclaughlin behavior…" This statement alone was construed as a threat to this R/Lt, along with the last several days while in Dietary in which inmate JAKES K62757 has made a conscious effort to walk near, in front of or within the direct area of this R/Lt, all the while attempting to make eye contact in an intimidating manner. These incidents can be verified by Sgt. Frost (2-16-11 East side of Dietary) & Lt. Bennett. This grievance is the fourth (4th) in which JAKES K62757 has filed on this R/Lt, all of which have progressively become more aggressive, intimidating & personal towards this R/Lt. The aforementioned grievances, statements & JAKES K62757 behavior have developed an issue of this R/Lt's Safety & Security with inmate JAKES K62757.

JAKES K62757 was positively identified by his state issued ID card.

Received FEB 2011 Adjustment Committee

DC 7212 (Eff. 4/98) Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

(Exhibit-E)

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JAKES, DENNIS **IDOC Number:** K62757 **Race:** BLK
**Hearing Date/Time:** 2/25/2011 08:45 AM **Living Unit:** HIL-OR[redacted] **Orientation Status:** N/A
**Incident Number:** 201100519/1 - HIL **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/19/2011 | 201100519/1-HIL | MCLAUGHLIN, CHRISTOP | SHIFT OFFICE | 03:00 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Not Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

Committee read charges and the inmate pled not guilty. Inmate stated that he did write the grievance but no where in the grievance is there intimidation and threats nor insolence. Inmate stated that he is simply voicing his concerns that he has with Lieutenant McLaughlin and everything he says in the grievance is within the guidelines of the grievance procedure.

## BASIS FOR DECISION

Committee finds the inmate guilty of the listed charges due to:
* The reporting Lieutenant received an inmate grievance form from Inmate Jakes dated 02-14-11.
* The reporting Lieutenant witnessed Inmate Jakes' following insolent statements contained within the grievance in which he(Jakes) states, "Now had I thought this employee had any kind of humility or understanding I would have explained the situation". "Any other employee who has humility and understanding would have understood". "Employee McLaughlin should not be allowed to throw temper tantrums because of his personal dislikes, petty differences and his prejudice and he most certainly shouldn't be allowed to make up his own rules".
* Inmate Jakes' statement to the committee that he did write the grievance.
* Inmate Jakes was identified by his inmate ID card.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 7 Days Segregation | 7 Days Segregation |
| **Basis for Discipline:** Nature of the offense | |

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| BAILEY, SCOTT A - Chair Person | [signature] | 02/25/11 | WHI |
| MITCHELL, KERRY J | [signature] | 02/25/11 | BLK |

Recommended Action Approved

**Final Comments:** N/A

(Exhibit-F)

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JAKES, DENNIS
**Hearing Date/Time:** 2/25/2011 08:45 AM
**Incident Number:** 201100519/1 - HIL

**IDOC Number:** K62757
**Living Unit:** HIL-OR-01-76
**Status:** Final

**Race:** BLK
**Orientation Status:** N/A

GERARDO ACEVEDO / SBW 2/28/2011
**Chief Administrative Officer**

02/28/11
**Signature** **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

3-3-11
**When Served - - Date and Time**

 (Exhibit-G) Seg 19

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** March 10, 2011 **Date of Review:** April 14, 2011 **Grievance #** (optional): 111512

**Offender:** Jakes **ID#:** K62757

**Nature of Grievance:** Staff Conduct, DR 2-19-11

**Facts Reviewed:** This hearing officer received this grievance for review on 3-19-11. Offender Jakes was found guilty of Insolence for comments he wrote in a grievance about Lt. McLaughlin.

This writer recommend the grievance be AFFIRMED. It is recoimmended DR 2-19-11 be EXPUNGED.

730CS 5/3-8-8 Discipline shall not be imposed because of use of the grievance process.

**Recommendation:** GRIEVANCE AFFIRMED. IDR was a result of comments in a grievance.

Gary L. Pampel
Print Grievance Officer's Name

[signature]
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 4-20-11 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]
Chief Administrative Officer's Signature

4-20-11
Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Offender's Signature ID# Date

Exh. A [redacted]

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

11-1512

| | | |
|---|---|---|
| Date: 3, 8, 2011 | Offender: (Please Print) Dennis Jakes 24 | ID#: K62757 |
| Present Facility: Hill C.C | Facility where grievance issue occurred: Hill C.C | |

3/19/11 JP

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):
- ☒ Disciplinary Report: 2 / 19 / 2011 (Date of Report) Hill C.C (Facility where issued)

RECEIVED MAR 2011

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I receive a adjustment committee summary saying that I had been found guilty of 3rd insolence. I wrote a grievance on employee mclaughlin and within this grievance I wrote my complaints and the problems that I were having with employee mclaughlin and according to administrative code 504.810 I am allow to give factual details of each aspect of my complaint including what happen in retaliation for me filing a grievance employee mclaughlin wrote me a two page ticket and had me placed in seg because he claim that within me writing a grievance and giving my complaints and problems I threaten and intimidated him and that

**Relief Requested:** Employee mclaughlin should be fired for lieing and retaliating against me. I would like for charges to be file against Employer mclauglin for unprofessional conduct. I would like to be compensated for pain and suffering ~~[illegible]~~ and for every hour I spent in seg. I would like to be Transfer to East moline, Jacksonville or Centralia and I would like to also be compensated for all disciplinary action taken against me

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis Jakes (Offender's Signature) — K62757 (ID#) — 3, 8, 2011 (Date)

**(Continue on reverse side if necessary)**

## Counselor's Response (if applicable)

Date Received: ___ / ___ / ___

☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____________________

Print Counselor's Name — Counselor's Signature — Date of Response ___ / ___ / ___

## EMERGENCY REVIEW

Date Received: ___ / ___ / ___

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature — Date ___ / ___ / ___

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I was insolent while stating my complaints and problems within the grievance that I wrote on him, I was placed in seg and charge with intimidation and threats and insolence at the adjustment committee. Because nothing within my grievance translated threat to employee mclaughlin I was found not guilty of intimidation and threats. However though I was found guilty of insolence and giving seven days seg. Insolence means talking, touching, gesturing, or other behavior that harrasses or annoys. Now when I write my grievance and I state my problem and complaints, complaint means a formal charge of accusations and a expression of my pain and dissatisfaction. If I'm writeing a grievance, and within my grievance I'm giving my complaints a formal charge of accusation and my expression of pain and dissatisfaction about employee mclaughlin behavior toward me, does that not automatically annoys and or harasses employee mclaughlin because I'm complaining about his unprofessional behavior toward me, and if me complaining in a grievance about his behavior didn't bother, annoy, or harass him why did he retaliate and have me put in seg? The point I'm making is the Department of Correction gave me the right to complain and exercise and utelize the grievance procedure as a means to combat any of my problems and complaints, so how is it that when I write my complaints within a grievance employee mclaughlin can in return or in retaliation write me a ticket for insolence and intimidation and threats and have me put in seg for writing a grievance? Is this a misunderstanding because I do not understand this, I should have never been written a ticket and I most certainly should have not been placed in seg for writing this grievance, the statements that I made in grievance were factual details, humility means humble or absence of pride, understanding means to be sympathetic toward or tolerant to, temper tantrum means outburst of anger, personal dislike means he dislikes me personally, petty differences means we had a disagreement about a shirt, prejudice means I can't reason with him because he has a preconceived idea about me allready these are factual details that I stated explicitly there wasn't anything derogatory.

Respectfully
Submitted

(Exhibit - I)

ILLINOIS DEPARTMENT OF CORRECTIONS

Seg 19

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Jakes (Last Name) Dennis (First Name) ____ (MI) K62757 (ID#)

Facility: Pontiac

☒ Grievance: Facility Grievance # (if applicable) ________ Dated: 1/20/11 or ☐ Correspondence: Dated: ________

Received: 4/15/11 (Date) Regarding: IDR + Staff = C/o McLaughlin WROTE IDR on 1-11-11

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

#1 ☐ Provide a copy of your written Committed Person's Grievance, DOC 0046, including the counselor's response, if applicable.

#2 ☐ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___ (Date).

☐ No justification provided for additional consideration.

**Other** (specify): X Since you and this issue are at the same institution you must first grieve the issue with the institution. You can then appeal that decision with the ARB. To appeal to the ARB you must provide #1 and #2 above within timeframes.

Completed by: Gina Allen (Print Name) *Gina Allen* (Signature) 4/22/11 (Date)

Distribution: Offender
Inmate Issues

this is not a time frame issue, Because all Grievance are stamped JAN 2011 so this is not the issue the Issues are Grievance officer refuse to except

Printed on Recycled Paper

filed Grievances were never Addressed and Grievance officers will not ~~appe~~ accept Grievance (C31)

**Illinois** Department of **Corrections**

(exhibit-J)

**Pat Quinn**
Governor

**Gladyse C. Taylor**
Acting Director

**Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844**

***RETURN OF GRIEVANCE***

DATE: 1/21/11

TO: Jakes IDOC #: K62757 H.U.: ____________

FROM: Lyle Hawkinson
Grievance Officer
Hill Correctional Center

SUBJECT: Grievance 11-1197

**Nature of Grievance(s) / Correspondence:** Discipline

**Date Received:** 1/21/11

**The attached Grievance(s) / Correspondence is being returned for the reason(s) listed below:**

______ Contact your Correctional Counselor

______ Unable to determine nature of Grievance / Correspondence. Submit additional and specific information.

______ Not submitted in time frame outlined in Departmental Rule 504F, therefore, issue will not be addressed.

______ Need to see the Adjustment Committee/Program Unit and include final disciplinary action imposed.

______ Need to provide date(s) of Disciplinary Report(s) and institution where incident(s) occurred.

______ Need to use proper Committed Persons Grievance Report form – DOC 0046 (all pages).

______ Outside jurisdiction of Hill Correctional Center. Appeal to Administrative Review Board (ARB).

__X__ Issue has been previously – will be addressed / reviewed on 11-1149.
Grievance # 11-1197 is being returned to you and will not be processed due to duplication. No justification for further consideration.

______ Illegible copy submitted – submit an accurate and complete legible copy for consideration.

______ Other ____________________________________________

RECEIVED
APR 15 2011
OFFICE OF INMATE ISSUES

lied issues were never Addressed And grievance office refuse to accept grievance

1C31

Illinois Department of Corrections

Pat Quinn
Governor

Gladyse C. Taylor
Acting Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

***RETURN OF GRIEVANCE***

DATE: 1/21/11

TO: Jakes IDOC #: K62757 H.U.: ______

FROM: Lyle Hawkinson
Grievance Officer
Hill Correctional Center

SUBJECT: Grievance 11-1191

**Nature of Grievance(s) / Correspondence:** Staff Conduct

**Date Received:** 1/21/11

**The attached Grievance(s) / Correspondence is being returned for the reason(s) listed below:**

____ Contact your Correctional Counselor

____ Unable to determine nature of Grievance / Correspondence. Submit additional and specific information.

____ Not submitted in time frame outlined in Departmental Rule 504F, therefore, issue will not be addressed.

____ Need to see the Adjustment Committee/Program Unit and include final disciplinary action imposed.

____ Need to provide date(s) of Disciplinary Report(s) and institution where incident(s) occurred.

____ Need to use proper Committed Persons Grievance Report form – DOC 0046 (all pages).

____ Outside jurisdiction of Hill Correctional Center. Appeal to Administrative Review Board (ARB).

X Issue has been previously – will be addressed / reviewed on 11-1149. Grievance # 11-1191 is being returned to you and will not be processed due to duplication. No justification for further consideration.

____ Illegible copy submitted – submit an accurate and complete legible copy for consideration.

____ Other ______

RECEIVED
APR 15 2011
OFFICE OF
INMATE ISSUES

3 copies (Exhibit-L)

filed issue never addressed I haven't heard anything and my grievance was not accepted by grievance officer (L31)

Illinois Department of Corrections

Pat Quinn
Governor

Gladyse C. Taylor
Acting Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

***RETURN OF GRIEVANCE***

DATE: 1/21/11

TO: Jakes IDOC #: K62757 H.U.: ____________

FROM: Lyle Hawkinson
Grievance Officer
Hill Correctional Center

SUBJECT: Grievance 11-1199

**Nature of Grievance(s) / Correspondence:** Staff Conduct

**Date Received:** 1/21/11

**The attached Grievance(s) / Correspondence is being returned for the reason(s) listed below:**

_____ Contact your Correctional Counselor

_____ Unable to determine nature of Grievance / Correspondence. Submit additional and specific information.

_____ Not submitted in time frame outlined in Departmental Rule 504F, therefore, issue will not be addressed.

_____ Need to see the Adjustment Committee/Program Unit and include final disciplinary action imposed.

_____ Need to provide date(s) of Disciplinary Report(s) and institution where incident(s) occurred.

_____ Need to use proper Committed Persons Grievance Report form – DOC 0046 (all pages).

_____ Outside jurisdiction of Hill Correctional Center. Appeal to Administrative Review Board (ARB).

__X__ Issue has been previously – will be addressed / reviewed on 11-1149.
Grievance # 11-1199 is being returned to you and will not be processed due to duplication.
No justification for further consideration.

_____ Illegible copy submitted – submit an accurate and complete legible copy for consideration.

_____ Other ____________________________________________

RECEIVED
APR 15 2011
OFFICE OF
INMATE ISSUES

3 copies (Exhibit B)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 2-25-2011 **Offender:** (Please Print) Dennis James **ID#:** K62757

**Present Facility:** Hill C.C. **Facility where grievance issue occurred:** Hill CC

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): ____________
- ☐ Disciplinary Report: ___/___/___ Date of Report ____________ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** on above date after Being released from segregation and receiving my personal property upon opening my Box I couldn't Help ~~Be~~ But notice a really foul smell upon closer examination I Grab a few of my clothing items out of my box and they were all damped and Had a disgusting smell of urine, all of my clothes and the rest of the items in my property Box Had this smell majority of my food items were missing and the few that wasn't missing Had Been torn open and contaminated my ~~[illegible]~~ walkman were Broken too

**Relief Requested:** I want all my item replace'd and I want a investigation done, Because mclaughlin Did this to my property

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dennis James — Offender's Signature | K62757 — ID# | 2, 25, 2011 — Date

**(Continue on reverse side if necessary)**

### Counselor's Response (if applicable)

**Date Received:** ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ____________

Print Counselor's Name ____________ Counselor's Signature ____________ ___/___/___ Date of Response

### EMERGENCY REVIEW

**Date Received:** ___/___/___ Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ____________ ___/___/___ Date

Exhibit these are copies of The Hungry strike That I was on To protest wrongfully Being put in seg

Hill Correctional Center

**HUNGER STRIKE NOTIFICATION SHEET**

Date/Time Hunger Strike Declared: 22 Feb 11 APP 4 05 P

Inmate Name: JAkes Number: K62757

Any employee who receives either a written or verbal statement that an inmate is declaring a hunger strike shall immediately notify the individuals listed below. The assigned officer is responsible for removing **ALL** of the food from the inmate's personal property at the time the hunger strike is declared.

To be done by the Reporting Segregation Officer - ensured by the Segregation Lieutenant.

**INITIAL NOTIFICATIONS:**

| | Individual Contacted/Date/Time | Contacted by |
|---|---|---|
| Shift Commander | MAj. Gossett 4 05 | Lt. Miller |
| Warden or Duty Warden | | |
| Health Care Unit | Nurse PAULA Bennit 22Feb11 4 06 | C/o Wilhelm |
| Mental Health Professional | Dr. Tiller 22Feb11 4 07 | C/o Wilhelm |
| Chief of Security | | |

Interviewed by: ______ (Shift Commander) Date/Time: ______

Comments: Claims He is in seg Bougusly, Claims He Shouldn't be in Seg

Name of CAO/DAO notified: ______

**48 HOUR NOTIFICATIONS:**

If the hunger strike continues for 48 hours without interruption, or the inmate appears to be in need of medical attention, the Health Care Unit must be notified immediately.

| | Individual Contacted/Date/Time | Contacted by |
|---|---|---|
| Health Care Unit | | |

**72 HOUR NOTIFICATIONS:**

If the hunger strike continues for 72 hours without interruption, the following individuals shall be notified. The Duty Warden shall then contact the Deputy Director or Assistant Deputy Director.

| | Individual Contacted/Date/Time | Contacted by |
|---|---|---|
| Warden or Duty Warden | | |
| Health Care Unit | | |
| Mental Health Professional | | |
| Chief of Security | | |
| Shift Commander | | |

DOC 0237A (Rev. 8/00)