E-FILED
Thursday, 29 November, 2012 01:53:27 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

FILED
NOV 29 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Dennis Jakes** )
)
)
vs. ) Case Number: **11-1321**
)
)
**Lt. Christopher McLaughlin, Major . Perez** )
**Scott A. Bailey, Lt. And Chairperson of** )
**Adjustment Committee, Gerado Acevado** )
**Warden, Kerry Mitchell** )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order of 10/24/2011, Defendants Perez and Acevado were dismissed from the case for failure to state a claim upon which relief can be granted. IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Order of 11/29/2012 judgment is entered in favor of the remaining Defendants and against the Plaintiff. Each party to bear their own costs.

**Dated:** 11/29/12

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court